

Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Kearney L Watson (256176)
(Name of Plaintiff)      (Inmate Number)

32462 Stingey Ln, Lewes De
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)      (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Honorabl E Scott Bradley
(2) State of Delaware
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 05 - 679
: (Case Number)
: ( to be assigned by U.S. District Court)

: **CIVIL COMPLAINT**

: Jury Trial Requested

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • Yes  • (No)

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • (Yes)  • No

C. If your answer to "B" is Yes:

   1. What steps did you take? Filed a Motion to have Judge remove from my case

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Judge E Scott Bradley
    Employed as Judge at Sussex County Superior Court
    Mailing address with zip code: Superior Court House, 1 The Circle, Suite 1 Georgetown, De 19947

(2) Name of second defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Judge Sentence petitioner on criminal charges. Instead of the Judge giving Mr. Watson the easy understanding verson of the Sentence he makes up a complex sentence thats hard for Records to understand

2. Almost everytime Mr. Watson when Honorable Judge Bradley sentence Mr. Watson the sentence is so complex that the institution always get the translation wrong.

3. Honorable Judge Bradley is being bias in my civil suit by not rendering a decision of my forma Pauperus.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want $50,000 from Honorable Judge Bradley for being bias of the case and a new Judge in my civil action cases.

2. _____N/A_____

_____

_____

_____

3. _____N/A_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M: Kevin L. Waters  BLDG. PT-S
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
SBI# 256176



Clerk
Lock Box 18
Federal Building
844 N. King St.
Wilmington, De 19801