Honorable Court,

I apologize for wasting the court time with filing frivolous documents However I would like to dis miss these cases. Case number 1:05-cv-679(JJF) and 1:05-cv-687(JJF)

Respectfully Yours

Kenny L. Watson
Kearney L. Watson

Oct 3, 2005
Date

FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

