```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

KEAVNEY L. WATSON,                :
                                  :
      Plaintiff,                  :
                                  :
      v.                          : Civil Action No. 05-679-JJF
                                  :
HONORABLE E. SCOTT BRADLEY        :
and THE STATE OF DELAWARE,        :
                                  :
      Defendants.                 :

### O R D E R

    WHEREAS, Plaintiff filed a letter (D.I. 4) requesting the Court to voluntarily dismiss the above-captioned action;

    WHEREAS, Plaintiff's request is permitted under Federal Rule of Civil Procedure 41;

    NOW THEREFORE, IT IS HEREBY ORDERED this 21 day of October 2005, that:

    1.  Plaintiff's request to voluntarily dismiss the above-captioned action (D.I. 4) is **GRANTED**.

    2.  The above-captioned action is **DISMISSED** without prejudice.

                                                             UNITED STATES DISTRICT JUDGE